IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12309 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 1063 |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Citiking International US LLC ("Citiking"), by and through its undersigned counsel, hereby appeals to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(3), Rules 8003 and 8004 of the Federal Rules of Bankruptcy Procedure and Rule 8003-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from the *Order (I) Approving Purchase Agreement, (II) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief* [D.I. 1063] (the "Sale Order"). A copy of the Sale Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Sale Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | **PARTY** | **ATTORNEYS** |
|---|---|---|
| | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106 (collectively, the "Debtors").

{00029571. }

| 1. | Citiking International US LLC | **THE ROSNER LAW GROUP LLC**<br>Frederick B. Rosner<br>Zhao (Ruby) Liu<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-1111<br><br>**LATHAM & WATKINS LLP**<br>Christopher R. Harris<br>Adam J. Goldberg<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 906-1200 |
|---|---|---|
| 2. | Debtors | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert S. Brady<br>M. Blake Cleary<br>Sean M. Beach<br>Jaime Luton Chapman<br>Jordan E. Sazant<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br><br>**PAUL HASTINGS LLP**<br>Chris L. Dickerson<br>Brendan M. Gage<br>Nathan S. Gimpel<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone: (312) 499-6000<br><br>Todd M. Schwartz<br>1117 S. California Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 320-1800<br><br>Nicholas A. Bassett<br>Paul Hastings LLP<br>875 15th Street NW<br>Washington, DC 20005<br>Telephone: (202) 551-1700 |

| 3. | DW Partners, LP | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br><br>**BROWN RUDNICK LLP**<br>Jeffrey L. Jonas<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200 |
|---|---|---|
| 4. | AML Global Eclipse LLC | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Mary F. Caloway<br>919 North Market Street, 17th Floor<br>P.O. Box 8705 Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br><br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>Philip Richter, Esq.<br>Gary Kaplan, Esq.<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000 |
| 5. | Official Committee of Unsecured Creditors | **LANDIS RATH & COBB LLP**<br><br>Adam G. Landis, Esq.<br>Kerri Mumford, Esq.<br>Matthew R. Pierce, Esq.<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br><br>**LOWENSTEIN SANDLER LLP**<br>Wojciech F. Jung, Esq.<br>Bruce Buechler, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 262-6700 |

| | |
|---|---|
| Date: November 22, 2020<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Frederick B. Rosner*<br>Frederick B. Rosner (DE # 3995)<br>Zhao (Ruby) Liu (DE #6436)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>rosner@teamrosner.com<br>liu@teamrosner.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br><br>Christopher R. Harris<br>Adam J. Goldberg<br>885 Third Avenue<br>New York, NY 10022<br>Tel: 212.906.1200<br>Facsimile: (212) 751-4864<br>christopher.harris@lw.com<br>adam.goldberg@lw.com<br><br>*Counsel to Citiking International US, LLC* |