**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12309 (CSS)<br><br>(Jointly Administered) |
| CITIKING INTERNATIONAL US LLC,<br><br>Appellant,<br><br>v.<br><br>ONE AVIATION CORPORATION, *et al.*,<br><br>Appellees. | Civil Action No. 20-1569-UNA<br><br>**Re: D.I. 4 & 5** |

**NOTICE OF TELEPHONIC CONFERENCE**

**PLEASE TAKE NOTICE** that on November 23, 2020, Citiking International US LLC filed the (i) *Emergency Motion for Stay Pending Appeal of Order (I) Approving Purchase Agreement, (II) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief* [D.I. 4] (the "Emergency Motion") and (ii) *Motion to Set Expedited Hearing and Shorten Notice Period With Respect to Appellant Citiking International US LLC's Emergency Motion for Stay Pending Appeal of Order (I) Approving Purchase Agreement, (II) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief* [D.I. 5] (the "Motion to Shorten")with the United States District Court for the District of Delaware (the "Court").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106 (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's oral order, a telephonic conference will be held before Judge Colm F. Connolly on **November 24, 2020 at 3:00 p.m. (ET)**.

**ANY PARTY WISHING TO PARTICIPATE IN THE TELEPHONIC CONFERENCE MUST USE THE FOLLOWING DIAL-IN:**

**DIAL-IN: 1-512-879-2274**
**PASSCODE: 871777#**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's oral order, responses to the Emergency Motion should be filed in advance of the telephonic conference.

Dated: November 23, 2020
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE Bar No. 3995)
Zhao (Ruby) Liu (DE #6436)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

**LATHAM & WATKINS LLP**

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Christopher.Harris@lw.com
Email: Adam.Goldberg@lw.com

*Counsel to Citiking International US, LLC*