# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 18-12309 (CSS)<br><br>(Jointly Administered) |
| CITIKING INTERNATIONAL US LLC,<br><br>          Appellant,<br><br>v.<br><br>ONE AVIATION CORPORATION, *et al.*,<br><br>          Appellees. | Civil Action No. 20-1569-UNA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Christopher Harris of Latham & Watkins LLP to represent Citiking International US LLC in this matter.

Dated: November 23, 2020
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111

*Counsel for Citiking International US LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106 (collectively, the "Debtors").

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the State of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

Dated:  November 23, 2020  /s/ *Christopher Harris*
        New York, NY  Christopher Harris
                                                  LATHAM & WATKINS LLP
                                                  Third Avenue
                                                  New York, NY 10022
                                                  Tel:  (212) 906-1200
                                                  Email: christopher.harris@lw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:  _____  _____
                                                        United States District Judge