IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11<br>ONE AVIATION CORPORATION, ) Bk. No. 18-12309(CSS)<br>)<br>Debtor. )<br>)<br>_____)<br>CITIKING INTERNATIONAL US )<br>LLC, )<br>)<br>)<br>Appellant, )<br>)<br>v. ) Civil Action No. 20-1569-CFC<br>)<br>ONE AVIATION CORPORATION, )<br>)<br>Appellee. ) | |

## **ORDER**

At Wilmington this 11th day of February, 2021, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **April 12, 2021.**

2. Appellee's brief in opposition to the appeal is due on or before **June 14, 2021.**

3. Appellant's reply brief is due on or before **July 16, 2021.**

_____
United States District Judge